# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0034. RAJ K. PATEL v. UNITED PARCEL SERVICES, INC.**

Raj K. Patel filed separate lawsuits against United Parcel Service, Inc., in Fulton County State Court and Fulton County Superior Court. On March 7, 2023, the state court dismissed the lawsuit before it, and on June 30, 2023, the superior court dismissed the lawsuit before it. On November 18, 2023, Patel filed in this Court an "Emergency Petition for a Writ of Mandamus," in which he challenges the orders of the lower courts and asks this Court to compel those courts to take certain actions in his lawsuits.

Appellate courts have mandamus authority in aid of their jurisdiction, see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV, but the need to resort to the appellate courts for such relief is "extremely rare" because "the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction[.]" *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). Moreover, mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014).

Here, Patel has not shown a clear legal right to the relief sought, and he could have availed himself of the normal appeal procedures in order to challenge the lower court's dismissal orders. See OCGA §§ 5-6-33 (a) (1); 5-6-34 (a) (1). Accordingly,

Patel's "Emergency Petition for a Writ of Mandamus" is hereby DENIED.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,* __11/20/2023__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*